ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-4-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

      Plaintiff,

 -against-

BROADCAST MUSIC, INC.,      64 Civ. 3787 (LLS)

      Defendant.
- - - - - - - - - - - - - - - - - -X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

            **ORDER**

In the Matter of the Application
of 1330 OLD RIVER, LLC d/b/a
ROC BAR,

      Applicant,

 -against-        08 Civ. 563 (MRB)(TSB)

BROADCAST MUSIC, INC.,

      Respondent,

For the Determination of a
Reasonable License Fee.
- - - - - - - - - - - - - - - - - -X

  This application for the determination of a reasonable license fee, <u>1330 Old River, LLC d/b/a Roc Bar v. Broadcast Music, Inc.</u>, 08 Civ. 563 (S.D.Ohio), having been "referred to Magistrate Judge Black for the conduct of all proceedings necessary and proper to determine a reasonable license fee in accordance with Article XIV of the Consent Decree and 17 U.S.C. § 513" (Oct. 24, 2008 Order of this Court at p. 2), and Magistrate Judge Black having issued a Report and Recommendation on April 13, 2009 in which he recommends that this case be closed because the application

was withdrawn and all issues have been resolved (see Report at p. 2), and no objections thereto having been received, and the time for objecting having expired, it is

ORDERED, that Magistrate Judge Black's Report and Recommendation is adopted in all respects, and the case of 1330 Old River, LLC d/b/a Roc Bar v. Broadcast Music, Inc., 08 Civ. 563 (S.D.Ohio) is closed in accordance with the Report and Recommendation.

So ordered.

Dated: May 1, 2009
       New York, New York

                                    _____
                                    Louis L. Stanton
                                    U.S.D.J.