# Weil, Gotshal & Manges LLP

BY HAND

September 26, 2014

To The Clerk of The Court:
Please docket and place
this document in the public file.

LLS 9/29/14
Louis L. Stanton
U.S.D.J.

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Benjamin E. Marks
+1 212 310 8029
benjamin.marks@weil.com

The Honorable Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RECEIVED IN CHAMBERS
OF LOUIS L. STANTON

SEP 29

UNITED STATES DISTRICT JUDGE

Re: *WPIX, Inc. et al. v. Broadcast Music, Inc*, 09 Civ. 10366 (LLS)
related to *United States* v. *Broadcast Music. Inc.*, 64 Civ. 3787 (LLS)

Dear Judge Stanton:

We represent Applicants WPIX, Inc., et al. ("Applicants") in the above-referenced rate court proceeding. We write on behalf of Applicants and for Mr. Edelman and Broadcast Music, Inc. ("BMI") to provide the Court with an update on the status of the parties' progress in settling the proceeding.

On February 11, 2013, Your Honor granted the parties' joint request for a 120-day adjournment of this proceeding to allow the parties to draft the necessary licenses and ancillary documents to implement the settlement in principle reached by the parties earlier this year. Following that, Your Honor granted the parties further adjournments on June 18, 2013, July 29, 2013, September 16, 2013, October 16, 2013, and December 18, 2013.

Since the last adjournment, the parties have been working diligently and cooperatively to draft the final license agreements and ancillary documents. That process is nearly complete, and the parties remain optimistic that they will reach agreement on what is now only a small number of outstanding issues without the need for this Court's intervention. The parties expect to submit a proposed final order, together with the necessary license agreements, to the Court, within thirty (30) days. As described in our earlier joint letters concerning the settlement, the parties propose that, after submission of the proposed final order, they will notify each of the Applicants and bound stations in this matter of the proposed resolution and the date and time of the hearing at which the proposed final order will be considered by the Court. The parties will be in touch with chambers to schedule the hearing prior to submitting the proposed final order.

Respectfully submitted,

Benjamin E. Marks
cc: Counsel of Record (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/14

WEIL:\95104211\1\12835.0008