UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  v.<br><br>Broadcast Music, Inc.,<br><br>       Defendant. | 64 Civ. 3787 (LLS) |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that Marvin Berenson is no longer associated with Broadcast Music, Inc. and should be removed from the Court's service list with respect to the above-captioned matter.

Dated:  August 22, 2016      BROADCAST MUSIC, INC.
    New York, New York

               /s/ *Stuart Rosen*
               Stuart Rosen
               7 World Trade Center
               250 Greenwich Street
               New York, New York 10007-0030
               Telephone: 212-220-3000
               Email: srosen@bmi.com

               *Attorney for Defendant Broadcast Music, Inc.*