# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA |
| Plaintiff, |
| v. |
| BROADCAST MUSIC, INC., |
| Defendant. |

Case No. 64-3787 (LLS)

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and all parties of record:

Please take notice that James J. Tierney is no longer associated with the United States Department of Justice and should be withdrawn as counsel for the United States. Kelsey Shannon continues to represent the United States in this action.

Dated: August 30, 2016

Respectfully submitted,

FOR PLAINTIFF UNITED STATES

 /s/Kelsey W. Shannon_____
KELSEY W. SHANNON
Attorney for the United States
Litigation III Section
Antitrust Division
U.S. Department of Justice
450 Fifth Street, N.W., Suite 4000
Washington, D.C., 20530
Telephone: (202) 598-2854
Facsimile: (202) 514-7308
kelsey.shannon@usdoj.gov