UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 64 Civ. 3787 (LLS) |
| BROADCAST MUSIC, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEAL**

    Notice is hereby given that the United States of America, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Declaratory Judgment entered in this action on September 16, 2016.

Date:  November 11, 2016

                                                                              /s/Kelsey W. Shannon
                                                            Kelsey W. Shannon
                                                            Attorney for the United States
                                                           Department of Justice
                                                           Antitrust Division
                                                           450 5th St. NW, Suite 4000
                                                           Washington, DC 20003
                                                           kelsey.shannon@usdoj.gov
                                                           (202) 598-2854