ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROADCAST MUSIC, INC.,

                   Petitioner,

v.

NORTH AMERICAN CONCERT PROMOTERS ASSOCIATION, as licensing representative of the promoters listed on Exhibit A to the Petition,

                   Respondent.

18 Civ. 8749 (LLS)

Related to *United States v. Broadcast Music, Inc.*, 64 Civ. 3787 (LLS)

[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Molly M. Barron for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Maryland and that her contact information is as follows:

    Applicant's Name: Molly M. Barron
    Firm Name: Latham & Watkins LLP
    Address: 555 Eleventh Street, NW, Suite 1000
    City/State/Zip: Washington, D.C. 20004
    Telephone: (202) 637-2200   Fax: (202) 637-2201
    Email: molly.barron@lw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Live Nation Worldwide, Inc., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __Oct. 19__, 2022

_____Louis L. Stanton_____
United States District Judge Louis L. Stanton