UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>BROADCAST MUSIC, INC.,<br><br>    *Defendant*. | Civil Action No. 1:64-cv-03787-LLS<br><br>*Related to Radio Music License Committee, Inc. v. American Society of Composers, Authors and Publishers; and Broadcast Music, Inc.*, (S.D.N.Y. 2022) 1:22-cv-05023-JPC |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Petitioner Radio Music License Committee, Inc. ("RMLC") hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Order (ECF No. 150) entered in this Action on May 26, 2023.

Dated: May 30, 2023                Respectfully Submitted:

                                                   */s/ Kenneth L. Steinthal*
                                                   Kenneth L. Steinthal (KS-7897)
                                                   Ethan P. Davis (*pro hac vice* forthcoming)
                                                   KING & SPALDING LLP
                                                   50 California Street, Suite 3300
                                                   San Francisco, CA 94111
                                                   Telephone: (415) 318-1200
                                                   ksteinthal@kslaw.com
                                                   edavis@kslaw.com

                                                   David P. Mattern (*pro hac vice* forthcoming)
                                                   KING & SPALDING LLP
                                                   1700 Pennsylvania Avenue, NW, Suite 900
                                                   Washington, DC 20006-4707
                                                   Telephone: (202) 207-3945
                                                   dmattern@kslaw.com

                                                   *Counsel for Radio Music License Committee, Inc.*